No. —, original. EX PARTE MARGARET E. WALEY. March 8, 1943. The motion for leave to file petition for writ of habeas corpus is denied without prejudice to an application to the District Court.

No. —. EX PARTE ROSS CUMMINGS PATTON. March 8, 1943. Application for stay denied.

No. 396. PEDERSEN v. J. F. FITZGERALD CONSTRUCTION Co. March 8, 1943. The judgment entered in this case on February 8, 1943, ante, p. 740, is amended by adding the following: "and without prejudice to a determination of the nature of the employment of any members of the class on whose behalf this suit has been brought." The petition for rehearing is denied. MR. JUSTICE MURPHY and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 704. REDUS v. ALABAMA. March 11, 1943. The application for a stay of execution, referred to the Court by MR. JUSTICE BLACK, is granted and an order is entered staying execution to and including April 5, next.